## HOLMES *v.* HORBER.

In an action of forcible entry and detainer the value of the rents and profits of the premises is not required by the statute to be stated in the complaint, and without such statement may be awarded as damages.

APPEAL from the County Court of the City and County of San Francisco.

The complaint in this action claimed as damages the rents and profits of the premises detained, but in regard to their value only alleged " that the monthly value of the premises is —— dollars."

The Court found the monthly value to be seventy-five dollars,

San Francisco *v.* Pixley.

and rendered judgment for treble the amount accruing during the period of detention at that rate. Defendant appeals, alleging this as error.

*John Reynolds*, for Appellants.

*W. W. Chipman*, for Respondent.

COPE, J. delivered the opinion of the Court—FIELD, C. J. and NORTON, J. concurring.

This is an action of forcible entry and detainer. The necessary facts are alleged in the complaint and found by the Court, and the judgment is in accordance with the pleadings and finding. It is objected that the Court erred in awarding as damages the value of the rents and profits, such value not being stated in the complaint. We are of opinion that no error was committed in this respect, as the statute does not require the value to be stated.

Judgment affirmed.